# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Jennings, Rebecca G. | **2. Court or Organization**<br><br>U.S. District Court, Western District of Kentucky | **3. Date of Report**<br><br>05/12/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge - Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Chambers of Judge Rebecca Grady Jennings
United States District Court for the Western District of Kentucky
601 West Broadway
Louisville, Kentucky 40202

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jennings, Rebecca G. | 05/12/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Commonwealth Alliances, LLC - government relations services income |
| 2. | 2019 | Self-Employed - ParSyd, LLC - government relations services income |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jennings, Rebecca G.** | 05/12/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jennings, Rebecca G.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Bank Cash Accounts (H) | | | | | | | | | |
| 2. -BB&T Cash Accounts | A | Interest | N | T | | | | | |
| 3. -Wells Fargo Cash Account | A | Interest | J | T | | | | | |
| 4. -UMB Health SavingsAccount | A | Interest | J | T | | | | | |
| 5. RGJ 401K - Fidelity Netbenefit (H) | | | | | | | | | |
| 6. -American Century One Choice 2050 Portfolio | E | Dividend | M | T | Buy | 03/28/19 | J | | |
| 7. -Fidelity Total Bond Fund | B | Dividend | K | T | | | | | |
| 8. -T Rowe Price Blue Chip Growth Fund | A | Dividend | L | T | Buy | 03/28/19 | J | | |
| 9. -Hartford International Oppertunities Fund Inc. | A | Dividend | K | T | Buy | 03/28/19 | J | | |
| 10. -Blackrock High Yield Portfolio | B | Dividend | K | T | | | | | |
| 11. I-nvesco Diversified Divided Fund | B | Dividend | K | T | | | | | |
| 12. -Vanguard Small Cap Index Fund | A | Dividend | K | T | | | | | |
| 13. -JP Morgan Midcap Value Fund | A | Dividend | J | T | | | | | |
| 14. -Fidelity Small Cap Value Fund | A | Dividend | K | T | Buy | 03/28/19 | J | | |
| 15. -Vanguard vmmr-FED Market | A | Interest | J | T | | | | | |
| 16. -Janus Henderson Triton Fund | A | Dividend | K | T | Buy | 03/28/19 | J | | |
| 17. -Vanguarg Mid Cap Growth Index Fund | A | Dividend | J | T | | | | | |

1 Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2 Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3 Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Jennings, Rebecca G.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -Vandguard REIT Indev Fund | A | Dividend | J | T | | | | | |
| 19.   RGJ IRA #1 PCH (H) | | | | | | | | | |
| 20.   -Greenbrier Companies Inc. Common Stock | A | Dividend | J | T | | | | | |
| 21.   -First Eagle Overseas Fund | A | Dividend | J | T | | | | | |
| 22.   -JP Morgan Midcap Value Fund | A | Dividend | J | T | | | | | |
| 23.   -JP Morgan Small Cap Equity | A | Dividend | J | T | | | | | |
| 24.   -Prudential Total Return Bond A | A | Dividend | J | T | | | | | |
| 25.   -Prudential Total Return Bond C | A | Dividend | J | T | | | | | |
| 26.   MPJ IRA #2 PCH (H) | | | | | | | | | |
| 27.   -Microsoft Corporaction | A | Dividend | K | T | | | | | |
| 28.   -Delta Airlines Incorporated | A | Dividend | J | T | | | | | |
| 29.   -American Funds New World Fund Class A | A | Dividend | J | T | | | | | |
| 30.   -American Funds The Investment Company of America Class A | A | Dividend | J | T | | | | | |
| 31.   -American Fund Small Cap World Fund Class A | A | Dividend | J | T | | | | | |
| 32.   -Perishing Government Account | A | Interest | J | T | | | | | |
| 33.   -American Funds The Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 34.   -Transocean Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jennings, Rebecca G.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. PRJ 529 #1 (H) | | | | | | | | | |
| 36. -American Funds Capital World Growth and Income - 529A | A | Dividend | J | T | | | | | |
| 37. PRJ 529 #2 (H) | | | | | | | | | |
| 38. -American Funds College Target Date 2024 (CFTAX) | A | Dividend | K | T | | | | | |
| 39. SAJ 529 #1 (H) | | | | | | | | | |
| 40. -American Funds Capital World Growth and Income - 529A | A | Dividend | J | T | | | | | |
| 41. SAJ 529 #2 (H) | | | | | | | | | |
| 42. -American Funds College Target Date 2030 (CTHAX) | A | Dividend | J | T | | | | | |
| 43. MPJ SEP IRA #3 (H) | | | | | | | | | |
| 44. -iShares Floating Rate Bond (FLOT) EFT | A | Dividend | J | T | Buy | 04/22/19 | J | | N/A |
| 45. | | | | | Buy (add'l) | 11/20/19 | J | | N/A |
| 46. -iShares S&P 500 GROWTH (IVW) EFT | A | Dividend | K | T | Buy | 04/22/19 | J | | N/A |
| 47. | | | | | Sold (part) | 11/20/19 | J | A | N/A |
| 48. -iShares S&P 500 Value (IVE) EFT | A | Dividend | K | T | Buy | 04/15/19 | J | | N/A |
| 49. | | | | | Buy (add'l) | 04/22/19 | J | | N/A |
| 50. | | | | | Sold (part) | 11/20/19 | J | A | N/A |
| 51. -iShares TIP Bond (TIP) ETF | A | Dividend | J | T | Buy | 04/22/19 | J | | N/A |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jennings, Rebecca G. | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -AB Interm Bond Port (ABQYX) (name change to AB Total Return Bond) | A | Dividend | J | T | Buy | 04/22/19 | J | | N/A |
| 53. | | | | | Sold (part) | 11/20/19 | J | A | N/A |
| 54.  -Baird Agg Bond (BAGIX) | A | Dividend | K | T | Buy | 04/15/19 | J | | N/A |
| 55. | | | | | Buy (add'l) | 04/22/19 | J | | N/A |
| 56. | | | | | Sold (part) | 11/20/19 | J | A | N/A |
| 57.  -Blackrock High Inc Opp (BDHIX) | A | Dividend | J | T | Buy | 04/22/19 | J | | N/A |
| 58. | | | | | Sold (part) | 11/20/19 | J | | N/A |
| 59.  -Federated Equity Str Value Div (SVAIX) | A | Dividend | J | T | Buy | 04/15/19 | J | | N/A |
| 60. | | | | | Buy (add'l) | 04/22/19 | J | | N/A |
| 61. | | | | | Sold (part) | 11/20/19 | J | | N/A |
| 62.  -Fidelity Advisors New Market Income (FGZMX) | A | Dividend | | | Buy | 04/22/19 | J | | N/A |
| 63. | | | | | Sold | 11/20/19 | J | A | N/A |
| 64.  -Fidelity New Market (FNMIX) | A | Dividend | J | T | Buy | 11/20/19 | J | | N/A |
| 65.  -Fidelity Advisors Real Estate Income (FRIRX) | A | Dividend | | | Buy | 04/22/19 | J | | N/A |
| 66. | | | | | Sold | 11/20/19 | J | A | N/A |
| 67.  -Fidelity Real Estate (FRIFX) | A | Distribution | J | T | Buy | 11/20/19 | J | | N/A |
| 68.  -American Funds EuroPacific Growth Fund Class F2 (AEPFX) | A | Dividend | | | Buy | 04/15/19 | J | | N/A |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jennings, Rebecca G.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | | Buy<br>(add'l) | 04/22/19 | J | | N/A |
| 70. | | | | | | Sold | 11/20/19 | K | C | N/A |
| 71. | -American Funds EuroPacific Growth Class F3 (FEUPX) | B | Dividend | K | T | Buy | 11/20/19 | K | | N/A |
| 72. | -Oppenheimer Dev Mkts(name change Invesco Oppenhiemer Dev Mkts (ODVYX) | | Dividend | | | Sold<br>(part) | 04/15/19 | J | | N/A |
| 73. | | | | | | Buy | 04/22/19 | J | | N/A |
| 74. | | | | | | Sold | 11/20/19 | K | C | N/A |
| 75. | -Invesco Oppenheimer Dev. R6 (ODVIX) | A | Dividend | K | T | Buy | 11/20/19 | K | | N/A |
| 76. | -Russell Invt US Small Cap Equity (RLESX) | B | Dividend | K | T | Buy | 04/15/19 | J | | N/A |
| 77. | | | | | | Buy<br>(add'l) | 04/22/19 | J | | N/A |
| 78. | | | | | | Buy<br>(add'l) | 11/20/19 | J | | N/A |
| 79. | -iShares Core S&P Mid ETF (IJH) | A | Dividend | K | T | Buy | 04/15/19 | J | | N/A |
| 80. | | | | | | Buy<br>(add'l) | 04/22/19 | J | | N/A |
| 81. | | | | | | Buy<br>(add'l) | 11/20/19 | J | | N/A |
| 82. | -iShares Intermediate Government Credit Bond (GVI) | A | Dividend | J | T | Buy | 04/22/19 | J | | N/A |
| 83. | -iShares MSCI EAFE Value (EVF) | B | Dividend | K | T | Buy | 04/15/19 | J | | N/A |
| 84. | | | | | | Buy<br>(add'l) | 04/22/19 | J | | N/A |
| 85. | | | | | | Buy<br>(add'l) | 11/20/19 | J | | N/A |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jennings, Rebecca G.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -iShares High Dividend (HDV) | A | Dividend | J | T | Buy | 04/15/19 | J | | N.A |
| 87. | | | | | Buy (add'l) | 04/22/19 | J | | N/A |
| 88. | | | | | Buy (add'l) | 11/20/19 | J | | N/A |
| 89.   -Hilliard Lyons Money Market | A | Interest | | | Closed | 10/16/19 | J | | N/A |
| 90.   -Baird Money Market Gen Govt Sec MM D CL | A | Interest | J | T | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jennings, Rebecca G.** | 05/12/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jennings, Rebecca G.** | 05/12/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **Jennings, Rebecca G.** | 05/12/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rebecca G. Jennings**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544